WESTMORELAND ASBESTOS COMPANY, INC., HOME INSULATION COMPANY, INC., W. G. KUEHN, INC., and WILLIAM G. KUEHN, Appellants, v. JOHN A. ROEBLING's SONS COMPANY OF NEW YORK, Respondent.— Order striking out the second amended complaint herein affirmed, with ten dollars costs and disbursements, with leave to plaintiffs to serve an amended complaint within twenty days after the service of a copy of the order to be entered hereon. The justice at Special Term correctly interpreted this court's decision on the former appeal in this case (252 App. Div. 895). Lazansky, P. J., Johnston, Adel and Close, JJ., concur; Davis, J., dissents and votes to reverse the order and deny the motion, with the following memorandum: The complaint states several causes of action in conspiracy and for damages in respect to the several plaintiffs; and the fact that causes of action are alleged in the alternative does not make the pleading bad. The defendant will have no difficulty in answering the complaint, and after answer it may seek further light through a bill of particulars. The motion is a dilatory one.

J. ARTHUR WHITE, Appellant, v. RUTH BACK WHITE, Respondent. (Appeal No. 1.) — Order directing the plaintiff to pay the defendant the sum of thirty dollars a week as alimony *pendente lite* and the sum of $2,000 as counsel fee and medical expenses affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur.

J. ARTHUR WHITE, Respondent, v. RUTH BACK WHITE, Appellant. (Appeal No. 2.) — Order directing the defendant, in an action for annulment of a marriage, to submit to a physical examination and to answer orally inquiries put to her concerning the history of her case affirmed, without costs; the examination to be had on five days' notice. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur.

J. ARTHUR WHITE, Respondent, v. RUTH BACK WHITE, Appellant. (Appeal No. 3.) — Order directing the defendant to appear and submit to an examination before trial as an adverse party in an action brought to annul the marriage affirmed, in so far as appealed from, without costs; the examination to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur.